# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| ADVANCED INTEGRATED CIRCUIT PROCESS LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED MICROELECTRONICS CORPORATION,<br><br>*Defendant.* | **MISCELLANEOUS ACTION**<br><br>[ACTION PENDING IN THE EASTERN DISTRICT OF TEXAS<br>CIVIL ACTION NO. 2:24-cv-730-JRG (LEAD CASE)] |
| ADVANCED INTEGRATED CIRCUIT PROCESS LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY LIMITED,<br><br>*Defendant.* | [ACTION PENDING IN THE EASTERN DISTRICT OF TEXAS<br>CIVIL ACTION NO. 2:24-cv-623-JRG (MEMBER CASE)] |

**ADVANCED INTEGRATED CIRCUIT PROCESS LLC'S
MOTION TO ENFORCE A THIRD-PARTY SUBPOENA
SERVED ON INTEL**

**AICP's MOTION TO ENFORCE A THIRD-PARTY SUBPOENA SERVED ON INTEL**

Plaintiff Advanced Integrated Circuit Process ("AICP") respectfully moves to enforce a subpoena *duces tecum* and a subpoena *ad testificandum* served on January 28, 2026, on Intel Corporation ("Intel") in Dallas, seeking (a) information on just three categories of documents and (b) a deposition authenticating those documents and seeking information relating to the documents on four topics. This information is relevant to AICP's response to a defense concerning Intel's patent marking that has been asserted in the underlying case, pending in the Eastern District of Texas. The information that AICP seeks is targeted discovery relating to Intel's marking policies and one specific license document that has been produced by Intel in response to another subpoena in the underlying case.

AICP and Intel have been attempting to work out a compromise regarding Intel's response to the subpoenas, including production of a declaration. AICP and Intel will continue those discussions, but AICP has a deadline to file motions to compel third-party subpoenas in the underlying case of February 12, 2026. *See* E.D. Tex. Case No. 2:24-cv-00730, ECF No. 52 (Docket Control Order), at 5. AICP files this motion to preserve its rights.[1]

In support of the motion, AICP shows the following:

1. AICP has sued Defendants United Microelectronics Corporation ("UMC") and Taiwan Semiconductor Manufacturing Company Limited ("TSMC") for patent infringement in the Eastern District of Texas. AICP asserts that UMC and TSMC infringe seven of its patents. UMC and TSMC have asserted a marking defense based on 35 U.S.C. § 287(a) in their operative

---

[1] AICP filed a motion to enforce these subpoenas in the Northern District of Texas (Dallas Division) on February 12, 2026. *See* N.D. Tex. Case No. 3:26-mc-00011-L-BN, ECF No. 1. On February 13, the Northern District of Texas denied the motion without prejudice to AICP's refiling in the Southern District of Texas. *See id.* at ECF No. 3.

**AICP's MOTION TO ENFORCE A THIRD-PARTY SUBPOENA SERVED ON INTEL**
1

pleadings. In response to a subpoena served by TSMC on Intel, Intel previously produced a copy of a license agreement in the underlying case.

2.	Under Rule 45, a subpoena "may command a person to attend a trial, hearing, or deposition. . . within 100 miles of where the person resides, is employed, or regularly transacts business in person." Fed. R. Civ. P. 45(c)(1)(A). A subpoena may also command "production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person." *Id.* at 45(c)(2)(A). Rule 45 "explicitly contemplates the use of subpoenas in relation to non-parties." *Orix USA Corp. v. Armentrout*, 2016 WL 3926507, at *1 (N.D. Tex. July 21, 2016).

3.	According to Texas Secretary of State records, Intel is authorized to do business in Texas and has designated CT Corporation System located at 1999 Bryan St., Ste. 900, Dallas, TX 75201-3136 as its registered agent for service.

4.	AICP served Intel with two Rule 45 subpoenas on its agent for service CT Corporation System in Dallas on January 28, 2026.

5.	Intel has not offered to present a witness to appear for deposition and no documents have been produced.

6.	AICP's counsel and Intel's counsel at the firm of Stoel Rives LLP have met and conferred but have been unable to come to a final agreement regarding Intel's response to the subpoenas. The parties will continue to discuss a resolution of AICP's subpoenas. However, the operative Docket Control Order in the underlying case sets a February 12, 2026 deadline for AICP to file any motions to compel third-party discovery. *See* E.D. Tex. Case No. 2:24-cv-00730, ECF No. 52 (Docket Control Order), at 5. Given that deadline and the ongoing discussions with Intel,

AICP files this motion to preserve its rights to obtain full discovery from Intel in response to its subpoenas.

7. The information sought by the subpoenas is limited and proportional to the needs of the case. The subpoenas seek a very limited set of licensing and marking information. Specifically, the subpoenas seek information about Intel's policies and practices with respect to marking patented articles under 35 U.S.C. § 287(a) and information relating to the license agreement that Intel produced in the underlying case in response to a subpoena from another party. While Intel has provided a declaration in response to AICP's subpoenas, the declaration is narrowly circumscribed and insufficient to meet AICP's needs in the underlying case for information or testimony establishing the nature of Intel's practices and policies regarding patent marking.

8. AICP respectfully asks that the Court grant this motion and enter an order compelling Intel to (1) produce documents responsive to the subpoena within 7 days of the signing of the order, and (2) to designate a witness to appear for oral deposition for up to three hours on behalf of Intel at a time, date, and location set by the parties, but no later than 30 days from the signing of the order.

9. AICP has consistently acted in good faith and with diligence in seeking the deposition of a relevant Intel fact witness. It is willing to cooperatively work with Intel to schedule the deposition of a witness. AICP respectfully requests that the Court grant this Motion.

Date: February 14, 2026

Respectfully submitted,

/s/  Justin Nelson
Justin A. Nelson – Lead Counsel
Texas State Bar # 24034766
SUSMAN GODFREY L.L.P.

**AICP'S MOTION TO ENFORCE A THIRD-PARTY SUBPOENA SERVED ON INTEL**
3

> 1000 Louisiana Street, Suite 5100
> Houston, Texas 77002
> Tel.: (713) 651-9366
> Fax: (713) 654-6666
> *jnelson@susmangodfrey.com*
>
> Kalpana Srinivasan
> California State Bar No. 237460
> SUSMAN GODFREY L.L.P.
> 1900 Avenue of the Stars, Suite 1400
> Los Angeles, California 90067
> Telephone: (310) 789-3100
> Facsimile: (310) 789-3150
> *ksrinivasan@susmangodfrey.com*
>
> Ian Gore
> Washington State Bar No. 54519
> Kemper Diehl
> Washington State Bar No. 53212
> Bianca Rey
> Washington State Bar No. 62422
> SUSMAN GODFREY L.L.P.
> 401 Union Street, Suite 3000
> Seattle, Washington 98101
> Telephone: (206) 516-3880
> Facsimile: (206) 516-3883
> *igore@susmangodfrey.com*
> *kdiehl@susmangodfrey.com*
> *brey@susmangodfrey.com*
>
> Ravi Bhalla
> New York State Bar No. 5748223
> Andrew Nassar
> New York State Bar No. 6162226
> Stuart Pollack
> New York State Bar No. 2952984
> SUSMAN GODFREY L.L.P.
> One Manhattan West, 50th Floor
> New York, NY 10001
> Telephone: (212) 336-8330
> Facsimile: (212) 336-8340
> *rbhalla@susmangodfrey.com*
> *anassar@susmangodfrey.com*
> *spollack@susmangodfrey.com*
>
> *Of Counsel*:

**AICP'S MOTION TO ENFORCE A THIRD-PARTY SUBPOENA SERVED ON INTEL**

4

Claire Abernathy Henry
Texas State Bar No. 24053063
Andrea Fair
Texas State Bar No. 24078488
MILLER FAIR HENRY PLLC
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: (903) 757-6400
Fax: (903) 757-2323
*claire@millerfairhenry.com*
*andrea@millerfairhenry.com*

*Attorneys for Plaintiff AICP*

**CERTIFICATE OF SERVICE**

I certify that on February 14, 2026, a true and correct copy of the foregoing was served on counsel of record in the underlying action and on counsel for Intel via electronic mail, including service on:

> Nathan C. Brunette
> Austin L. Zuck
> Brian D. Bollt
> STOEL RIVES LLP
> 760 SW Ninth Ave, Suite 3000
> Portland, OR 97205
> nathan.brunette@stoel.com
> austin.zuck@stoel.com
> brian.bollt@stoel.com

> /s/ *Stuart E. Pollack*
> Stuart E. Pollack
> Attorney for Plaintiff Advanced Integrated Circuit Process LLC

**CERTIFICATE OF CONFERENCE**

This is to certify that AICP's counsel has conferred with Nathan Brunette at Stoel Rives LLP regarding the relief requested in this Motion. AICP's counsel has met by videoconference with Mr. Brunette to resolve this dispute by providing a declaration that would answer the topics and provide the information requested from the documents. AICP and Intel have not yet been able to agree to a resolution that provides the information requested.

> /s/ *Stuart E. Pollack*
> Stuart E. Pollack
> Attorney for Plaintiff Advanced Integrated Circuit Process LLC

**AICP'S MOTION TO ENFORCE A THIRD-PARTY SUBPOENA SERVED ON INTEL**