# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| ADVANCED INTEGRATED CIRCUIT PROCESS LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED MICROELECTRONICS CORPORATION,<br><br>*Defendant.* | **MISCELLANEOUS ACTION NO. 4:26-mc-00341**<br><br>[ACTION PENDING IN THE EASTERN DISTRICT OF TEXAS<br>CIVIL ACTION NO. 2:24-cv-730-JRG (LEAD CASE)] |
| ADVANCED INTEGRATED CIRCUIT PROCESS LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY LIMITED,<br><br>*Defendant.* | [ACTION PENDING IN THE EASTERN DISTRICT OF TEXAS<br>CIVIL ACTION NO. 2:24-cv-623-JRG (MEMBER CASE)] |

**UNOPPOSED MOTION TO WITHDRAW MOTION TO ENFORCE SUBPOENA**

Plaintiff Advanced Integrated Circuit Process LLC respectfully moves to withdraw its Motion to Enforce a Third-Party Subpoena Served on Intel (ECF No. 1) because the parties have resolved the dispute. Third-Party Intel Corporation does not oppose.

Date: March 9, 2026

Respectfully submitted,

*/s/    Justin Nelson*
Justin A. Nelson – Lead Counsel
Texas State Bar # 24034766

SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Tel.: (713) 651-9366
Fax: (713) 654-6666
*jnelson@susmangodfrey.com*

Kalpana Srinivasan
California State Bar No. 237460
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
*ksrinivasan@susmangodfrey.com*

Ian Gore
Washington State Bar No. 54519
Kemper Diehl
Washington State Bar No. 53212
Bianca Rey
Washington State Bar No. 62422
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, Washington 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
*igore@susmangodfrey.com*
*kdiehl@susmangodfrey.com*
*brey@susmangodfrey.com*

Ravi Bhalla
New York State Bar No. 5748223
Andrew Nassar
New York State Bar No. 6162226
Stuart Pollack
New York State Bar No. 2952984
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
*rbhalla@susmangodfrey.com*
*anassar@susmangodfrey.com*
*spollack@susmangodfrey.com*

*Of Counsel*:

Claire Abernathy Henry
Texas State Bar No. 24053063
Andrea Fair
Texas State Bar No. 24078488
MILLER FAIR HENRY PLLC
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: (903) 757-6400
Fax: (903) 757-2323
*claire@millerfairhenry.com*
*andrea@millerfairhenry.com*

*Attorneys for Plaintiff AICP*

**CERTIFICATE OF SERVICE**

I certify that on March 9, 2026, a true and correct copy of the foregoing was served on counsel of record in the underlying action and on counsel for Intel via electronic mail, including service on:

>Nathan C. Brunette
>Austin L. Zuck
>Brian D. Bollt
>STOEL RIVES LLP
>760 SW Ninth Ave, Suite 3000
>Portland, OR 97205
>nathan.brunette@stoel.com
>austin.zuck@stoel.com
>brian.bollt@stoel.com

>/s/ *Justin Nelson*
>Justin Nelson

**CERTIFICATE OF CONFERENCE**

I certify that counsel for Advanced Integrated Circuit Process LLC and counsel for Intel Corporation met and conferred via email on March 9, 2026, and that Intel does not oppose the relief requested in this Motion.

>/s/ *Justin Nelson*
>Justin Nelson