**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| ADVANCED INTEGRATED CIRCUIT PROCESS LLC, <br>　　　　Plaintiff, <br><br>versus <br><br>UNITED MICROELECTRONICS CORPORATION, <br>　　　　Defendant. | § § § § § § § § § § § § § § | MISCELLANEOUS ACTION No. 4:26-mc-00341 <br><br>JUDGE CHARLES ESKRIDGE <br><br>[ACTION PENDING IN THE EASTERN DISTRICT OF TEXAS CIVIL ACTION NO. 2:24-CV-730-JRG (LEAD)] |
| ADVANCED INTEGRATED CIRCUIT PROCESS LLC, <br>　　　　Plaintiff, <br><br>versus <br><br>TAIWAN SEMICONDUCTOR MANUFACTURING COMPANY LIMITED, <br>　　　　Defendant. | § § § § § § § § § § § § § § § § | [ACTION PENDING IN THE EASTERN DISTRICT OF TEXAS CIVIL ACTION NO. 2:24-CV-623-JRG (MEMBER)] |

**ORDER**

On February 14, 2026, Advanced Integrated Circuit Process ("AICP") moved to enforce a subpoena that it served on third-party Intel Corporation ("Intel") requiring compliance in this District in relation to actions pending in

1

the Eastern District of Texas. (ECF No. 1) ("Motion to Enforce").

On March 9, 2026, AICP advised the Court that it and Intel had resolved the dispute, and AICP moved to withdraw the Motion to Enforce. (ECF No. 5) ("Motion to Withdraw Enforcement Motion").

Accordingly, the Motion to Withdraw Enforcement Motion is hereby GRANTED; the Motion to Enforce is hereby DENIED AS MOOT; and because there are no further motions pending in the above-captioned Miscellaneous Action, the Miscellaneous Action is hereby CLOSED.

SO ORDERED.

Signed on _____, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge